**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02382-REB-KMT

JAMES W. ZINK,

    Plaintiff,

v.

HOME DEPOT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice** [#11] filed December 15, 2009.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the  **Stipulation for Dismissal with Prejudice** [#11] filed December 15, 2009, is **APPROVED**;

2.  That the **Defendant's Motion to Dismiss Without Prejudice** [#5] filed October 14, 2009, is **DENIED AS MOOT**;

3.  That the **Recommendation of United States Magistrate Judge** [#10], filed December 7, 2009, is **TERMINATED AS MOOT**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 17, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge